Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**Luis A. Garcia, Attorney** (CSBN #146876)
Office of the Solicitor (SOL#1018763)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
    Telephone: (213) 894-2681
    Facsimile: (213) 894-2064
    Garcia.luis.a@dol.gov
Attorneys for the Petitioner
Secretary of Labor

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>    Petitioner,<br>v.<br>STEELWORKERS AFL-CIO (USWA), LOCAL UNION 6703-S,<br><br>    Respondent. | CIVIL ACTION NO.: CV 10-02256<br><br>**ORDER TO SHOW CAUSE** |

This matter is before the Court on the petition of the Secretary of Labor, United States Department of Labor ("the Secretary"), seeking an order against Respondent Steelworkers AFL-CIO (USWA), Local Union 6703-S ("LOCAL 6703-S") based on an allegation that Respondent LOCAL 6703-S has not complied with the administrative subpoena duces tecum served on Respondent LOCAL 6703-S by Petitioner on November 12, 2009; and

1  Said petition requesting the issuance of an order requiring Respondent's compli-
2  ance with said administrative subpoena being supported by Declarations of Seyi
3  Olowolafe, Investigator, Office of Labor-Management Standards, Employment Stan-
4  dards Administration ('OLMS"), and Luis A. Garcia, attorney for Petitioner; and
5  On the basis of said petition and declarations filed therewith, it appearing that
6  good cause has been shown why said proceedings should be commenced against Re-
7  spondent LOCAL 6703-S for enforcement of the administrative subpoena duce tecum,
8  **IT IS HEREBY ORDERED** that:
9  1.   Respondent LOCAL 6703-S appear before United States District Judge
10 Philip S. Gutierrez on April 26, 2010, at 1:30 p.m., at
11 the courthouse for the United States District Court, Central District of California, West-
12 ern Division, located at 255 E. Temple Street, Los Angeles,
13 California, and then and there show cause, if any there be, why an order should not be
14 issued requiring Respondent LOCAL 6703-S to comply with the administrative sub-
15 poena duces tecum personally served upon it;
16 2.   Respondent LOCAL 6703-S file its answer to the aforesaid petition within
17 20 days of service hereof; and
18 3.   A copy of this order, together with a copy of said petition be served forth-
19 with by an OLMS investigator upon Respondent LOCAL 6703-S.

Dated: 4/1/10

UNITED STATES DISTRICT JUDGE