

1 Lawrence Brewster
  Regional Solicitor
2 Daniel J. Chasek
  Associate Regional Solicitor
3 **Luis A. Garcia, Attorney** (CSBN #146876)
  Office of the Solicitor (SOL #1018763)
4 United States Department of Labor
  350 So. Figueroa St., Suite 370
5 Los Angeles, California 90071-1202
6       Telephone: (213) 894-2681
        Facsimile:  (213) 894-2064
7       Garcia.luis.a@dol.gov
  Attorneys for the Petitioner
8 Secretary of Labor

FILED
CLERK, U.S. DISTRICT COURT

APR - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

9
10
11
12

                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

                         WESTERN DIVISION

13
14 HILDA L. SOLIS,  Secretary of Labor,    )   CIVIL ACTION NO.: CV 10 - 2256 PSG
   United States Department of Labor,      )                        (RJWx)
15                                         )
                    Petitioner,            )   **ORDER TO SHOW CAUSE**
16         v.                              )
                                           )
17 STEELWORKERS AFL-CIO (USWA),            )
   LOCAL UNION 6703-S,                     )
18                                         )
                    Respondent.            )
19                                         )
20 _____)
21
22      This matter is before the Court on the petition of the Secretary of Labor, United
23 States Department of Labor ("the Secretary"), seeking an order against Respondent
24 Steelworkers AFL-CIO (USWA), Local Union 6703-S ("LOCAL 6703-S") based on an
25 allegation that Respondent LOCAL 6703-S has not complied with the administrative
26 subpoena duces tecum served on Respondent LOCAL 6703-S by Petitioner on Novem-
   ber 12, 2009; and
27
28

Order to Show Cause                                                    Page 1 of 2

1    Said petition requesting the issuance of an order requiring Respondent's compli-

2  ance with said administrative subpoena being supported by Declarations of Seyi

3  Olowolafe, Investigator, Office of Labor-Management Standards, Employment Stan-

4  dards Administration ('OLMS"), and Luis A. Garcia, attorney for Petitioner; and

5    On the basis of said petition and declarations filed therewith, it appearing that

6  good cause has been shown why said proceedings should be commenced against Re-

7  spondent LOCAL 6703-S for enforcement of the administrative subpoena duce tecum,

8    **IT IS HEREBY ORDERED** that:

9    1.    Respondent LOCAL 6703-S appear before United States District Judge

10  _____**PHILIP S. GUTIERREZ**_____ on April ___26___ , 2010, at __1:30 pm__, at

11  the courthouse for the United States District Court, Central District of California, West-

12  ern Division, located at _255 E. Temple Street_____ , Los Angeles,

13  California, and then and there show cause, if any there be, why an order should not be

14  issued requiring Respondent LOCAL 6703-S to comply with the administrative sub-

15  poena duces tecum personally served upon it;

16    2.    Respondent LOCAL 6703-S file its answer to the aforesaid petition within

17  20 days of service hereof; and

18    3.    A copy of this order, together with a copy of said petition be served forth-

19  with by an OLMS investigator upon Respondent LOCAL 6703-S.

20

21

22  Dated: ___4|1|10___          **PHILIP S. GUTIERREZ**

23                               _____
                                 UNITED STATES DISTRICT JUDGE

24

25

26

27

28